UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LETIA LASHONNE STROUD,<br><br>                Plaintiff,<br><br>   v.<br><br>ALAN BURTON, et al.,<br><br>                Defendants. | CASE NO. 2:24-cv-02153-KKE<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS** |

      Plaintiff's application to proceed in forma pauperis (Dkt. 4) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

      The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

      DATED this 11th day of February, 2025.

                                                                  _____
                                                             BRIAN A. TSUCHIDA
                                                             United States Magistrate Judge