UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LETIA LASHONNE STROUD,<br>    Plaintiff(s),<br> v.<br>ALAN BURTON, et al.,<br>    Defendant(s). | CASE NO. C24-2153-KKE<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

On July 18, 2025, the Court dismissed Plaintiff Letia Stroud's complaint without prejudice and ordered Stroud to file an amended complaint by August 19, 2025. Dkt. No. 7. The Court warned that "[f]ailure to comply with this Order [would] result in dismissal of this action[.]" *Id.* at 3. Despite the Court's order, Stroud failed to timely file an amended complaint.

Under Federal Rule of Civil Procedure 41(b), courts have discretion to dismiss a case "[i]f the plaintiff fails to prosecute or comply with … a court order." Fed. R. Civ. P. 41(b). Courts may, on their own motion, dismiss a case for failure to prosecute. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629–30 (1962). Because Stroud failed to comply with the Court's order, the Court dismisses the case without prejudice pursuant to Fed. R. Civ. P. 41(b).

Dated this 26th day of August, 2025.

Kymberly K. Evanson
United States District Judge

ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE - 1